UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRED FLAND | CIVIL ACTION |
| VERSUS | NO: 08-4137 |
| BOBBY CROWE, ET AL. | SECTION: "B"(4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Plaintiff Fred Fland's claims against the Defendant Susan Johannsen are **DISMISSED WITHOUT PREJUDICE** for failure to comply with Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 3rd day of April, 2009.

_____
**UNITED STATES DISTRICT JUDGE**