UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRED FLAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4147** |
| **SHERIFF BOBBY CROWE, ET AL** | **SECTION "B"(4)** |

### O R D E R

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Fred Fland's 42 U.S.C. § 1983 claims against the defendants, Assistant Warden Wally Cummings, Deputy Sam Ashley, Sheriff Robert Crowe, and Warden Demille Topps, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for the plaintiff's failure to prosecute.

New Orleans, Louisiana, this 5th day of April, 2010.

_____
**UNITED STATES DISTRICT JUDGE**